**DISMISS; and Opinion Filed December 7, 2017.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00206-CV

## IN THE INTEREST OF V.R.W., CHILDREN

**On Appeal from the 470th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 470-54531-2011**

## MEMORANDUM OPINION

Before Justices Francis, Evans, and Boatright
Opinion by Justice Boatright

Appellant's brief in this case is overdue. By postcard dated July 24, 2017, we notified appellant the time for filing her brief had expired. We directed appellant to file the brief and an extension motion within ten days. By order dated August 7, 2017, we extended the time to file appellant's brief by September 6, 2017. To date, appellant has not filed her brief or an additional extension motion, or otherwise corresponded with the Court regarding the status of her brief.

Accordingly, we dismiss this appeal. TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Jason Boatright/
JASON BOATRIGHT
JUSTICE

170206F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF V.R.W., CHILDREN

No. 05-17-00206-CV

On Appeal from the 470th Judicial District Court, Collin County, Texas
Trial Court Cause No. 470-54531-2011.
Opinion delivered by Justice Boatright.
Justices Francis and Evans participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees Yevgenia Martin, Robert Williams, John Martin, and Ann Martin recover their costs of this appeal from appellant Shelia Williams.

Judgment entered this 7th day of December, 2017.